IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES L. ORRINGTON, II, D.D.S., P.C., | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | 14-cv-2151 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Judge Der-Yeghiayan |
| SIMPLEPAY, LLC; DRAVEN | ) | Magistrate Judge Kim |
| ENTERPRISES, INC., doing business as | ) | |
| SEVENTHMAN; SIMPLE | ) | |
| PAYMENTS CORP., and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that effective September 26, 2014, the address for the law firm of Edelman, Combs, Latturner & Goodwin, LLC, and all of the attorneys listed below, has changed to:

**Edelman, Combs, Latturner & Goodwin, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603**

Please note telephone and facsimile numbers, and e-mail addresses, will remain the same. All further pleadings and correspondence in this action directed to Edelman, Combs, Latturner & Goodwin, LLC's office should be sent to the new address.

Respectfully submitted,


s/Daniel A. Edelman

Daniel A. Edelman
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle St., Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

    I, Daniel A. Edelman, hereby certify that on September 24, 2014, the foregoing document was filed electronically, and notification of such filing was served via U.S. Mail upon the following:

    Simple Payments Corp.
    11001 West 120th Avenue, Suite 400
    Broomfield, Colorado 80021

    SimplePay, LLC
    C/O Registered Agent: Incorp Services, Inc.
    1621 Central Avenue
    Cheyenne, Wyoming 82001

    Draven Enterprises, Inc., d/b/a Seventhman
    340 S Lemon Ave, Ste # 7837
    Walnut, CA 91789

    s/Daniel A. Edelman