**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

James L. Orrington, II, D.D.S., P.C.
                                 Plaintiff,

v.                                                                    Case No.: 1:14–cv–02151
                                                                     Honorable Samuel Der–Yeghiayan

SimplePay, LLC, et al.
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 13, 2014:

     MINUTE entry before the Honorable Samuel Der–Yeghiayan: Status hearing held. Counsel for Plaintiff appeared and reported to the Court that the parties have reached a resolution on an individual basis. Based upon counsel's representations, the instant action is here dismissed without prejudice, with leave to move for reinstatement by 06/30/15. In the event no party moves to reinstate by 06/30/15, the dismissal shall be come a dismissal with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class claims. Civil case terminated. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.